UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE BANKS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Case No. 1:06CV99 RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on petitioner's motion for the "docket of transcript all matter of this process" and "the transcript and court docket on my first 2255 motion." In response to this motion, the Clerk of the Court mailed petitioner a copy of the docket sheet and his § 2255 motion. There are no transcripts of any proceedings in this closed case.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion [#51] is denied as moot.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2012.